## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DARIN ULMER, | CIVIL NO.: 10-CV-4166 (JRT/JJG) |
| Plaintiff, | |
| vs. | **ORDER** |
| STELLAR RECOVERY, INC., a foreign corporation, | |
| Defendant. | |

Based upon the plaintiff's notice of voluntary dismissal with prejudice as to Defendant filed on December 17, 2010 [docket no. 2],

**IT IS HEREBY ORDERED**, that plaintiff's claims against defendant are hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.**  Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 5, 2011
at Minneapolis, Minnesota.

                     s/ John R. Tunheim
                     JOHN R. TUNHEIM
                   United States District Judge